FRANK MULLER, Respondent, *v.* METROPOLITAN STREET RAIL-
WAY COMPANY, Appellant.

*Muller* v. *Metropolitan Street Ry. Co.*, 77 App. Div. 221, affirmed.
(Submitted January 8, 1904; decided January 26, 1904.)

APPEAL from a judgment of the Appellate Division of the
Supreme Court in the first judicial department, entered
December 17, 1902, affirming a judgment in favor of plain-
tiff entered upon a verdict and an order denying a motion for
a new trial.

*Charles F. Brown*, *Bayard H. Ames* and *Henry A.
Robinson* for appellant.

*Maurice B. Blumenthal* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, MARTIN,
VANN, CULLEN and WERNER, JJ.

———

CHARLES L. ROBINSON, Respondent, *v.* NEW YORK AND TEXAS
STEAMSHIP COMPANY, Appellant.

*Robinson* v. *N. Y. & Texas Steamship Co.*, 75 App. Div. 431, affirmed.
(Argued January 11, 1904; decided January 26, 1904.)

APPEAL from a judgment of the Appellate Division of the
Supreme Court in the first judicial department, entered
November 25, 1902, affirming a judgment in favor of plain-
tiff entered upon a decision of the court at a Trial Term with-
out a jury.

*Thomas B. Hewitt* and *George W. Wingate* for appellant.

*Charles E. Hughes* for respondent.

Judgment affirmed; with costs, on opinion below and opin-
ion in the same case in 63 Appellate Division, 211.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, BARTLETT,
HAIGHT, MARTIN and CULLEN, JJ.